FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

CASE NO. 1-03 CV000107 JWC

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
DEC 1 1 2003
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

1. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

This case assigned to District Judge _____
and to Magistrate Judge _____

A. Name of plaintiff: George A. Bunn
   ADC # 112142

   Address: 300 Wackenhut Way Newport, Ar. 72112

   Name of plaintiff: _____
   ADC # _____

   Address: _____

   Name of plaintiff: _____
   ADC # _____

   Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: C.m.s et. al
   Position: Director

   Place of employment: _____

   Address: _____

   Name of defendant: Mr. Williams & Donna Kingsland RN D Gordon
   Position: Manger                          RN         LPN
                                                        LPN

C. Church

Place of employment: Grimes Unit

Address: 300 Wackenhut Way

Name of defendant: Dr. OLABODE OLUMOFIN

Position: Doctor

Place of employment: Cummins

Address: P.O. Box 500 Grady, AR. 71644

Name of defendant: Dr. Collins

Position: Doctor

Place of employment: Grimes Unit

Address: 300 Wackenhut Way Newport, AR 72112

II. Are you suing the defendants in:

☐ official capacity only
☐ personal capacity only
☒ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ☒   No ___

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☒ Parties to the previous lawsuit:

Plaintiffs: G. Bunn

Defendants: **C.M.S. Medical Staff**

- [x] Court (if federal court, name the district; if state court, name the county): **State Claims Commission**

- [ ] Docket Number: _____

- [x] Name of judge to whom case was assigned: **Director Norman L. Hodges**

- [ ] Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) **see letters and exhibit dated Nov. 13, 2003**

- [x] Approximate date of filing lawsuit: **November 13, 2003**

- [x] Approximate date of disposition: **November 14, 2003**

IV. Place of present confinement: **Grimes Unit - 300 Wackenhut Way Newport, Arkansas 72112**

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

____ in jail and still awaiting trial on pending criminal charges

_X_ serving a sentence as a result of a judgment of conviction

____ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

VI. There is a prisoner grievance procedure in the Arkansas Department of Corrections. Failure to complete the grievance procedure may affect your case in federal court.

A. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes _X_   No ____

B. If your answer is YES, attach copies evidencing completion of the final step of the grievance appeal procedure. FAILURE TO ATTACH THE REQUIRED

3

COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.

C.  If your answer is NO, explain why not: _____

_____

VII.  Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need.  Attach extra sheets if necessary.)

September of 2002 to August 6, 2003, Mr. Bunn has been tring to get proper treatment for pain in lower back, behind knee, and top of foot. Mr. Bunn has a metal rod from knee to ankle, with four screws. Two screws just below knee and, two screws just above ankle. Mr. Bunn has been tring to get proper orthopedic shoes, and the proper brace to support knee. Doctor at Cummins prescribed Mr. Bunn stockings, arch supports and, took tape measure from knee to foot. Dr. Sune at Grimes Unit took x-rays of leg and foot, "stated did not know why Dr. prescribed stockings or arch supports. Dr. Sune said, "that there is a problem and, Mr. Bunn you need shoes." But, I (Bunn) have to wear arch supports, before she can put a request for 10 days, and we'll get you proper shoes and brace. So, Mr. Bunn goes back to infirmary Aug. 6, 2003 to see Dr. but, she quit. So, I see a Dr. Collins, who knows nothing of my situation or has never seen me before. Dr. Collins takes a look and says, "theirs nothing wrong." Mr. Bunn files a grievance

4

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

$20,000 each against defendants and to correct to the letter of the law. To correct any wrong doing.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this __9__ day of __December__, 20__03__.

George A. Bunn # 112142

_____
Signature(s) of plaintiff(s)

SOFT SOULED SHOES AND BRACE TO SUPPORT KNEE. MR. BUNN
UNDERSTANDS THAT HE"S GOING TO HAVE SOME DISCOMFORT,
BUT TO NOT BE ABLE TO GET THE PROPER SHOES AND BRACE.
WHICH HELPS EASE PAIN IN LOWER BACK, ALSO HELPS
SUPPORT KNEE. MR. BUNN HAS BEEN GETTING NOTHING BUT
A RUN AROUND FROM THE MEDICAL STAFF OF C.M.S. .
AND NEGLECT FOR PROPER TREATMENT FOR SOMEONE WHO HAS
A LEGITIMATE MEDICAL NEED. THE REFUSAL OF MEDICAL
TREATMENT HAS RESULTED IN MR. BUNN HAVING TO ENDURE
PAIN ,THAT COULD BE AVOIDED FOR OVER A YEAR . AND
STILL HAS NOT SEEN A SPECIALIST IN THAT FEILD OF MEDICINE.
THE MEDICAL STAFF AND SUPERVISERS,SUCH AS MR.WILLIAMS,
D. GORDON,C. CHURCH, ANDKNEW OF PROBLEM, HAD THE POSITION
TO CORRECT, BUT FAILED TO DO SO. FAILING TO PROVIDE

THE PROPER MEDICAL TREATMENT, WITH ACTUAL KNOWLEDGE OF
A NEED FOR IT.

----- FACTS------

1. MR. BUNN "S  BEING DENIED PROPER MEDICAL SERVICE's
AND PROPER TREATMENT BY C. M. S. ,DR. OLMAFIN HAD SEEN
MR. BUNN ON SEVERAL OCCASSION ABOUT PROPER SHOES AND BRACE
FOR LEFT LEG (KNEE) DR. -PRESCRIBED, ARCH SUPPORTS,AND STOCKINGS
FOR VERICOSE VEINS. ( which g.bunn does not have)
2. MR. BUNN GOT SHIPPED TO ANOTHER UNIT SEEN A DR. SUNE,TOOK
X-RAYS OF LEG ,SAID" YES MR. BUNN YOU NEED SHOES AND BRACE." BUT
DO NOT KNOW WHY OTHER DR. PRESCRIBED STOCKINGS,YOU DO NOT HAVE
VARICOSE VEINS. DR.SUNE SAID, "THAT I SHOULD WEAR MY ARCH SUPPORT
FOR 10 MORE DAYS BECAUSE, THEY ARE GOING TO

SAY, THAT I DID NOT HAVE YOU TRY THEM LONG ENOUGH. "
MR. BUNN SAID, "BUT I HAVE BEEN WEARING THEM FOR A COUPLE
OF MONTHS". DR. SUNE SAID, I KNOW BUT TEN MORE DAYS, YOU
COME BACK AND THEN I PUT IN FOR YOUR SHOES. MR. BUNN
COMES BACK AUG. 6,2003 AND SEES ANOTHER DR. A DR. COLLINS
WHO SAYS THERES NOTHING WRONG."

And talks to a Ms.Kingsland RN, Mr. Bunn explains the whole ordeal from the beginning of 2002.That Mr.Bunn is trying to get the proper brace and shoes for his left leg.Ms.Kingsland tells Mr. Bunn that he should put a request for Mr. Williams, who is her supervisor. Mr.Bunn does but never gets a response.Ms.Kingsland calls. Bunn back, Mr.Bunn explains that he put a request in for Mr. Williams and, got no response.

Ms. Kingsland said," She would leave him, (Williams) a note." Mr. Bunn approximately ten years ago was hit by a drunk driver on his motorcycle and broke Mr.Bunn's Fibula, and Tibula bones in left leg. He walks with a slight limp and has to wear (cont.)

UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

*Exhibits Attached to Original Document in Courts's Case File*